PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
### Report on Offender Under Supervision

Name of Offender: Michael Hasuga       Cr.: 13-00264-001
     PACTS #: 35242

Name of Sentencing Judicial Officer:    THE HONORABLE DENNIS M. CAVANAUGH
     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/16/2013

Original Offense: BANK ROBBERY BY FORCE OR VIOLENCE

Original Sentence: 51 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution, Drug/Alcohol Testing and Treatment, Mental Health Treatment, No New Debt/Credit

Type of Supervision: Supervised Release      Date Supervision Commenced: 07/01/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states **'Unlawful substance use'** |
| | On September 22, 2016, the offender tested positive for heroin use. The offender reported he last snorted the substance on September 21, 2016 and was using the substance daily for the last eighteen days. |

U.S. Probation Officer Action:
Hasuga was verbally reprimanded for his noncompliance. Given his extensive substance abuse and criminal history, he was referred for long term, inpatient substance abuse treatment at Integrity House. He began treatment on September 28, 2016. Our office will monitor his compliance and progress in treatment, his substance use, associations and activities within the community, and will notify the Court of any other instances of non-compliance.

     Respectfully submitted,

     *Suzanne Golda-Martinez/CAG/nm*
     By Suzanne Golda-Martinez
     Date: 10/03/2016

Prob 12A – page 2
Michael Hasuga

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

October 20, 2016
Date