PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Michael Hasuga      Cr.: 13-00264-001
    PACTS #: 35242

Name of Sentencing Judicial Officer:     THE HONORABLE KEVIN MCNULTY

UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/16/2013

Original Offense: 18:2113A.F; Bank Robbery By Force Or Violence

Original Sentence: 51 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Special Assessment

Type of Supervision: Supervised Release      Date Supervision Commenced: 06/16/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On July 31, 2018, the offender was arrested in Newark, NJ, The offender was charged with Possession of CDS; two glassine envelopes of heroin. |

U.S. Probation Officer Action:
The offender was convicted of a disorderly person offense of wandering. He was fined $258.00.
He is on suboxone for his heroin addiction. We referred him to COPE drug treatment program. We request no further action be taken.

Respectfully submitted,

*Kellyanne Kelly/jj*
By: Kellyanne Kelly
    Senior U.S. Probation Officer
Date: 09/24/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

9/25/2018
Date